**FILED**

**SUPPRESSED** OCT 2 5 2023

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LAWRENCE Q. JOHNSON, | ) |
| A/K/A "FISH," | ) |
| | ) |
| Defendant. | ) |

**4:23CR583 RLW/JSD**

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about September 6, 2023, in St. Louis County, within the Eastern District of Missouri,

**LAWRENCE Q. JOHNSON, a/k/a "Fish,"**

the Defendant herein, did knowingly possess a machinegun, that is, a black Glock Gen4 Model 27, .40 caliber pistol that is capable of shooting automatically more than one shot without manual reloading by a single function of the trigger.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Count One, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

2.      If any of the property described above, as a result of any act or omission

of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without

         difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney
ryan.finlen@usdoj.gov